UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

KYLE RICHARDS,

        Plaintiff,        Case No. 1:14-cv-299

v.        Honorable Paul L. Maloney

RICK SNYDER et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated: June 3, 2014        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge